**Order entered October 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

Before the Court is appellant's October 28, 2019 second motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 2, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8(b)(3).

/s/     LANA MYERS
        JUSTICE